UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON CADWELL,

Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. C22-5351 BHS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's application to proceed *in forma pauperis* (Dkt. 2) is GRANTED. Plaintiff does not appear to have funds available to afford the $402.00 Court filing fee.

Dated this 23rd day of May, 2022.

Theresa L. Fricke
United States Magistrate Judge