The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON CADWELL, Plaintiff, v. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant. | No. 3:22-cv-05351-BHS<br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Lincoln National Life Insurance Company, makes the following disclosure:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

2. Lincoln National Corporation (NYSE:LNC), a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

DATED July 12, 2022.

BARRAN LIEBMAN LLP

By s/ *Andrew M. Schpak*
Andrew M. Schpak, WSBA No. 39901
aschpak@barran.com

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By s/ *Iwana Rademaekers*
Iwana Rademaekers, Texas Bar No. 16452560
*Pro Hac Vice* pending
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2022, I served the foregoing **CORPORATE DISCLOSURE STATEMENT** on the following parties at the following addresses:

Jeremy Lyle Bordelon
Evergreen Disability Law
465 NE 181st Ave, No. 500
Portland, OR 97230
Email: jeremy@evergreendisability.com

Attorneys for Plaintiff

by the following indicated method(s) set forth below:

- ☑ Electronic Filing using the Court's ECF System
- ☐ Facsimile
- ☐ First-class mail, postage prepaid
- ☐ Hand-delivery
- ☐ EMail

s/ *Andrew M. Schpak*
Andrew M. Schpak



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212